UNITED STATES of America

v.

Swift NAIFEH.

No. 5210.

United States Court of Appeals
Tenth Circuit.

Aug. 2, 1955.

B. Hayden Crawford, U. S. Atty., and Charles H. Froeb, Asst. U. S. Atty., Tulsa, Okl., for appellant.

No appearance for appellee.

PHILLIPS, Chief Judge.

Docket and dismissed on motion of appellant.

Robert E. PRIEST et al.

v.

SHELL OIL COMPANY, a Corporation et al.

SHELL OIL COMPANY, a Corporation, et al.

v.

Robert E. PRIEST et al.

Nos. 5187, 5188.

United States Court of Appeals
Tenth Circuit.

Aug. 16, 1955.

Robert C. Dow, Lovington, N. M., and James L. Dow, Carlsbad, N. M., for appellants and cross-appellees.

Grantham, Spann & Sanchez, Albuquerque, N. M., William R. Federici and A. K. Montgomery, Santa Fe, N. M., and Paxton Howard and Richard L. Hughston, Midland, Tex., for appellees and cross-appellants.

PHILLIPS, Chief Judge.

Dismissed per stipulation.

GREAT AMERICAN INDEMNITY COMPANY, a Corporation,

v.

M. A. LEE.

No. 5172.

United States Court of Appeals
Tenth Circuit.

Aug. 25, 1955.

A. G. Crowe and Russell B. Holloway, Oklahoma City, Okl., for appellant.

James E. Grigsby, Oklahoma City, Okl., and Schwoerke & Schwoerke, Oklahoma City, Okl., for appellee.

PHILLIPS, Chief Judge.

Dismissed pursuant to stipulation.

Saro A. DE FIORE

v.

UNITED STATES of America.

No. 5085.

United States Court of Appeals
Tenth Circuit.

Sept. 6, 1955.

Fred T. Tanquary, Pueblo, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and Robert Swanson, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge, HUXMAN, Circuit Judge, and SAVAGE, District Judge.

PER CURIAM.

Dismissed on court's motion, for failure of appellant diligently to prosecute.